IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 17 CV 8049 |
| v. ) | |
| ) | Judge Lee |
| PODIATRY HOMECARE S.C. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**

**ABLE HOME HEALTH, LLC**

s/Heather Kolbus
By one of its attorneys
Heather Kolbus
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**PODIATRY HOMECARE S.C.**

s/Bart T. Murphy (with permission)
By one of its attorneys
Bart T. Murphy
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on December 19, 2017, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following:

Bart T. Murphy
Ice Miller, LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
bart.murphy@icemiller.com

                                                                                                                        s/ Heather Kolbus
                                                                                                  Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)