UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Able Home Health, LLC
                                      Plaintiff,

v.                                                                            Case No.: 1:17−cv−08049
                                                                             Honorable John Z. Lee

Podiatry Homecare, S.C., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2017:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the parties' stipulation to dismiss [20], the Court: (1) dismisses Able Home Health, LLC's claims on behalf of itself against Podiatry Homecare S.C. with prejudice and without costs; (2) dismisses Able Home Health, LLC's claims on behalf of itself against John Does 1−10 without prejudice and without costs; and (3) dismisses Able Home Health, LLC's claims on behalf of the putative class without prejudice and without costs. Because the stipulation to dismiss disposes of all claims before the Court, this case is hereby terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.